**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| IN RE  Chad Hirth | Case Number:   18-20001 |
| Amanda Hirth | Chapter 13 |
| Debtors | |

## NOTICE OF OBJECTION TO CLAIM

Debtors, Chad Hirth and Amanda Hirth have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not have an attorney, you may wish to consult one. If you do not want the court to reduce, modify or eliminate your claim, then **on or before July 24, 2018**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: The Office of the Clerk for the Eastern District of Kentucky, 100 E Vine St # 200, Lexington, KY 40507, OR your attorney must file a response using the court's ECF System. The court must receive your response on or before the above date.

You must also send a copy of your response either: (1) by the court's ECF System; or (2) by regular U.S. Mail to:

> J. Christian A. Dennery, Esq.
> PO Box 121241
> Covington, KY 41012

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

> */s/ J. Christian Dennery*
> J. Christian A. Dennery, Esq.
> Dennery, PLLC
> PO Box 121241
> Covington, KY 41012
> 859-445-5495
> jcdennery@dennerypllc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**

IN RE  Chad Hirth                              Case Number:   18-20001
       Amanda Hirth                            Chapter 13
       Debtors

## OBJECTION TO CLAIM

Debtors, ("Debtors"), by and through counsel, hereby object to Claim No. 4 in the amount of $11,135.76, which was filed by creditor Capital One Finance, Division of Capital One, N.A. ("Creditor"). Creditor claims that the 2014 Kia Forte against which Debtor Creditor's claim is secured is valued at $9,175.00. Debtors have made post-petition payments totaling $1,203.36, approximately $908.73 of which must be applied to the secured portion of the claim. Accordingly, the secured portion of Creditor's claim should amount to not more than $8,266.27.

Please take notice that that a hearing on this matter has been scheduled for:

July 24, 2018, at 10:00 am in the Covington Courtroom, 35 West 5th Street, Third Floor, Room 306, and Covington, KY 41011.

Respectfully,

*/s/ J. Christian Dennery*
J. Christian A. Dennery (KBA No. 95878)
Dennery, PLLC
PO Box 121241
Covington, KY 41012
859-445-5495
jcdennery@dennerypllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2018, a copy of the foregoing was served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case and by U.S. Mail on the following parties in interest.

Capital One Auto Finance
Division of Capital One, NA
C/o AIS Portfolio Services, LP
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

*J. Christian Dennery*
J. Christian A. Dennery