## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY

IN RE  Chad Hirth and Amanda Hirth                                  Case Number:    18-20001

Debtors                                                                                   Chapter 13

## ORDER ON OBJECTION TO CLAIM

An objection to the claim filed by Capital One Finance, Division of Capital One, N.A., (Claim No. 4), having been filed by Debtors, (Doc. 48); a hearing on the objection having been held; it appearing that Debtors have asserted facts and discussed law that support that the claim should be reduced and allowed in the amount of $8,266.27; and the Court being otherwise sufficiently advised, it is ORDERED that:

Claim No. 4 filed by Capital One Finance, Division of Capital One, N.A. in the amount of $11,135.765 is hereby allowed in the amount of $8,266.27.

**SO ORDERED**,