# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   Chad S. Hirth                                              Case Number:   18-20001
         Amanda M. Hirth
         Debtors

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 5/19/2018, Court Doc. # 44

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Chad S. Hirth                                                DENNERY PLLC
Amanda M. Hirth                                              Served Electronically Via ECF
6305 Tessie Circle
Burlington, KY  41005

SYNCHRONY BANK                                               CLUNK PAISLEY & ASSOCIATES PSC
% PRA RECEIVABLES MANAGEMENT LLC                             4500 COURTHOUSE BLVD
P O BOX 41021                                                STE 400
NORFOLK, VA  23541                                           STOW, OH  44224

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Thursday, June 07, 2018
(tnw)