**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N Wise**

IN RE:  CASE NUMBER 18-20001

Chad S. Hirth and Amanda M. Hirth

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 7/24/2018  TIME: 10:00

APPEARANCES:

ISSUE:

| | | |
|---|---|---|
| 48 | 5/20/2018 | Objection to Claim Number 4 by Claimant Capital One Finance, Division of Capital One, N.A.. <i></i>, Filed by Amanda M. Hirth, Chad S. Hirth. Hearing scheduled for 7/24/2018 at 10:00 AM at Covington Courtroom. (Dennery, J. Christian) |

DISPOSITION:
OR

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Tracey N Wise**
**Bankruptcy Judge**
**Dated: Tuesday, July 24, 2018**
**(sms)**