UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

CHAD S. HIRTH                                                                                    CASE NO. 18-20001
AMANDA M. HIRTH

DEBTORS

## ORDER

On July 24, 2018, this matter came before the Court on Debtors' Objection to Claim of Creditor Capital One Finance, Division of Capital One, N.A. ("Objection") [ECF No. 48. The Court having considered same and being sufficiently advised, for the reasons stated on the record, it is ORDERED that the Objection is **OVERRULED.**

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: **Thursday, July 26, 2018**
(tnw)